IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

          Plaintiff,

  v.

OFFICER BARBER, et al.,

          Defendants.

No. C 12-80062M CW

ORDER REGARDING FILING FEE

    On March 1, 2012, Plaintiff Jerome Grimes filed this complaint regarding a settlement agreement in one of his previous cases, <u>Grimes v. Barber, et al.</u>, C 09-0411 CW. This complaint is duplicative of <u>Grimes v. Barber</u>, C 11-3120 CW, which the Court dismissed because Plaintiff was "again attempting to relitigate the issues he asserted and settled in case number C 09-0411 CW."

    In this case, Plaintiff points out that the Court dismissed case number C 11-3120 CW pursuant to the in forma pauperis statute, 28 U.S.C. § 1915(a), which allows a court to dismiss a complaint that is frivolous or which fails to state a claim on which relief may be granted, but that dismissal is without prejudice to the filing of a paid complaint making the same allegations. In an attachment to this complaint, Plaintiff indicates that "the filing fee of $350 is in-route."

    If Plaintiff wishes to pay the $350 filing fee to pursue this action, he must do so within fourteen days from the date of this

order.  This complaint will be filed when Plaintiff pays the filing fee and it will be related to case number C 09-0411 CW.

IT IS SO ORDERED.

Dated: 6/13/2012

CLAUDIA WILKEN
United States District Judge